# United States District Court
## Violation Notice
Rev. 1/2020

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| C53C | E 2169742 | G. Simeon | E323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/29/24 1325
Offense Charged: ☑ USC
21 USC 844

Place of Offense: 401 E. State St. El Centro CA

Offense Description: Factual Basis for Charge
Possession of 1.6 grams of Methamphetamine

HAZMAT: ☐

### DEFENDANT INFORMATION

Last Name: Hawkins
First Name: Dionte

Tag No: N/A

☑ A APPEARANCE IS REQUIRED - If Box A is checked, you must appear in court. See instructions.

☐ B APPEARANCE IS OPTIONAL - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: US Courthouse, 2003 Adams Ave., El Centro CA.
Date: TBD
Time: TBD

X Defendant Signature: [signature]

Original - CVB Copy
*E2169742*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/29, 20 24 while exercising my duties as a law enforcement officer in the Southern District of CA

See Attachments.

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/29/24  [signature]
Date (mm/dd/yyyy)   Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident